Jarrett Carter / ADC #207520
Name and Prisoner/Booking Number

RRCC / Red Rock
Place of Confinement

1750 E. Arica Rd
Mailing Address

Eloy, AZ 85131
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐
FEB 22 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jarrett Carter,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Core Civic (Medical),
(Full Name of Defendant)

(2) Dr. (Jane Doe),

(3) Trinity Food Services,

(4) Core Civic,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV22-00287-PHX-SPL--MTM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Jury Trial Demanded

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ADOC Red Rock Correctional Center / Eloy

## B. DEFENDANTS

1. Name of first Defendant: _Core Civic (Medical)_. The first Defendant is employed as: _Contracted Medical Provider_ at _ADC Red Rock Correctional Center_.
   (Position and Title)                          (Institution)

2. Name of second Defendant: _Dr. (Jane Doe)_. The second Defendant is employed as: as: _Medical Provider_ at _Red Rock Correctional Center_.
   (Position and Title)                          (Institution)

3. Name of third Defendant: _Trinity Food Services_. The third Defendant is employed as: _Contracted Food Provider_ at _ADC Red Rock Correctional Center_.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: _Core Civic_. The fourth Defendant is employed as: _Contracted Security Provider_ at _Red Rock Correctional Center_.
   (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Eighth and Fourteenth Amendments__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 24th, 2021 I had Knee surgery. On June 15th, 2021 I had a follow-up with the Orthopedic Surgeon which at that time ordered for "Passive Therapy" to start immediately and a follow-up appointment in a month to assess the Knee and start "Physical Therapy". The Surgeon made notes in my chart and made sure that the medical department knew that without the prescribed treatment I could lose flexibility/mobility in the Knee/Leg. The Surgeon made it abundantly clear for approximately 9 months leading up to the surgery and at the June 15th follow-up that this treatment for "Passive Therapy" was need in the first 6 weeks after this follow-up, for the surgery to be successful. For the year prior to the surgery when I was being prepped, the Surgeon informed Core Civic Medical of the crucial steps that would be need post surgery. Core Civic Medical reassured me that I would receive whatever treatment the surgeon prescribed with no problem.

   From 6/15/21 until (as of now Feb 17, 2022) Feb. 2022, I was seen in medical numerous times by numerous providers and nurses, and was informed each time that medical did not have to follow the Orthopedic Surgeon's order for treatment and that they could schedule the treatment whenever they want. I vehemently informed medical of the need for the "Passive Therapy" and of the follow-up order that was needed.

   When I was finally sent to a physical therapist, six months after my surgery, the therapist, (see attachment)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have lost flexibility, mobility, and stability in my Knee/leg, and I'm stuck in a wheelchair when I should be walking, I'm in constant pain, mental anguish, Emotional Trama.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

informed me that he was unable to do the "passive therapy", due to being able to safely perform the necessary treatment and could possibly damage the knee if attempted. He also stated that he could not start "Physical Therapy" until the surgeon signed off on physical therapy, and after contacting the surgeon, the "Surgeon" stated he could not order "Physical therapy" until he examined the knee to see if it healed properly.

Core Civic (Medical) has the policy, custom or accepted practice of not scheduling needed appointments and providing the ordered treatments with specialists in a timely manner, to minimize harm and damage.

Core Civic (Medical) has the policy, custom or accepted practice of not following Orthopedic Surgeons' orders regarding follow-up treatment after surgery.

Due to these "Deliberately" indifferent policy(s), customs, or accepted practices, I have lost the full flexiblity, mobility, and stability in my leg/knee. I'm in constant pain and I'm in a wheelchair when I should be walking.

(continued for Page 3) -3A-

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Eighth and Fourteenth Amendments</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Between 6/15/21 and Feb. of 2022 I saw Dr. (Jane Doe) numerous times. I informed them each time of the Surgeon's orders and referrals for treatment. I informed them of my fears and the Surgeon's warnings, that without this treatment, I could lose mobility, flexibility and functionality of my knee/leg. I informed them of the time frame the Surgeon gave for the treatment. I was informed that "by Policy" they have set time frames that they can get things done in and didn't have to follow the Surgeons exact orders, that they could send me to the proper facilities when they saw fit. Dr. (Jane Doe) substituted their own knowledge with that of the trained specialist. They knew that delay could cause serious harm, but made the conscious decision to delay treatment.

   (Upon discovery of this Defendant's name, I will Amend. the Jane Doe).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have lost mobility, Flexiblity, and stability in my knee/leg. I'm stuck in a wheelchair and I'm in constant pain, mental Anguish, Emotional Trauma.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Eighth and Fourteenth Amendments</u>.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 24th, 2021, I received Knee surgery and was ordered to receive a "Lay-In" tray, where my food was supposed to be delivered to my cell due to me not being able to walk. Almost every day in the following months I would be refused my "Lay-In" tray (either Breakfast or Dinner, or Both). I would be told by officers, Sgt., Lt. that it was not their problem and the Kitchen told me to come pick up my own tray. On other occassions I was told to "Send one of my People" to come get my food, but they was not going to deliver it to me. I am unable to walk and was the reason why medical gave the order to receive a "Lay-In" tray in the first place.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was forced to go without food, sometimes for days on end, was made to endure lack of proper nutrition which has hampered my recovery, Emotional Trama, Mental Anguish.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Compensatory Damages;
Punitive Damages;
Attorney Fees;
Costs of Suit;
Proper Medical treatment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2-17-2022__
DATE

_Jarrett Carter_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6