IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jarrett Carter,<br><br>        Plaintiff,<br><br>vs.<br><br>Core Civic Medical, et al.,<br><br>        Defendants. | No. CV-22-00287-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' Notice (Doc. 151),

**IT IS ORDERED** that this action is **dismissed with prejudice** in its entirety.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 21st day of May, 2025.

                                        Honorable Steven P. Logan
                                        United States District Judge